■ The People of the State of New York, Respondent, v Christopher Andretta, Appellant. [31 NYS3d 880]—Judgment, Supreme Court, New York County (Roger S. Hayes, J.), rendered August 12, 2014, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him, as a second felony offender, to a term of three years, unanimously affirmed.

The sentencing court properly found that it had no discretion to defer defendant's mandatory surcharge (*see People v Jones* 26 NY3d 730 [2016]). Concur—Mazzarelli, J.P., Acosta, Saxe, Kapnick and Kahn, JJ.